MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5596
    Fax: (408) 535-5066
    Email: David.Callaway@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHANTALE PETIT-FRERE, <br><br> Defendant. | CASE NO. CR 14-00523 BLF <br><br> STIPULATION TO (1) VACATE BOND HEARING AS MOOT, (2) SET FIRST APPEARANCE DATE BEFORE THE DISTRICT COURT, AND (3) EXCLUDE TIME |

    On December 9, 2014, the parties appeared before The Honorable Howard R. Lloyd, United States Magistrate Judge, for the defendant's arraignment and to consider possible release conditions. The parties jointly proposed a bond of $300,000, to be co-signed by two responsible sureties in addition to the defendant, with $50,000 to be secured by real property. The Court scheduled a further bond hearing for January 8, 2015, with the understanding that this date would be vacated if the bond conditions were met and the defendant released. The conditions were satisfied and the Court ordered the defendant to be released on December 23, 2014.

1  The parties jointly request that the matter be placed on calendar before The Honorable Beth
2  Freeman, United States District Judge, on **February 3, 2015, at 9:00 a.m.,** for a status conference. The
3  defendant, who lives in Boston, and her counsel, who is in New York, require additional time to review
4  the discovery and to arrange for travel to California. Accordingly, the parties agree that the time between
5  January 8 and February 3, 2015, should be excluded from the Speedy Trial Clock on the following
6  statutory grounds: (1) 18 U.S.C. § 3161(h)(7)(A) (ends of justice served outweigh the best interest of the
7  public and the defendant in a speedy trial), and (2) 18 U.S.C. § 3161(h)(7)(B)(iv) (failure to grant the
8  requested continuance would deny the defendant reasonable time necessary for effective preparation).

9  MELINDA HAAG
   United States Attorney
10
       / s /
11
   DAVID R. CALLAWAY
12 Assistant United States Attorney
   DATED: January 7, 2015
13

14     / s /

15 SANFORD TALKIN, ESQ.
   Talkin, Muccigrosso & Roberts
16 Counsel for Ms. Petit-Frere
   DATED: January 7, 2015
17

18                              ORDER [proposed]

19  At the request of the parties, and good cause appearing therefor,

20  IT IS HEREBY ORDERED:

21  1.  The further bond hearing scheduled for January 8, 2015, at 1:30 p.m. is VACATED;

22  2.  This matter shall be placed on calendar before The Honorable Beth Freeman, United
23 States District Judge, on **February 3, 2015, at 9:00 a.m.,** for a status conference. The defendant is
24 ordered to be present.

25  3.  For the reasons set forth in the stipulation of the parties, the Court finds that the time
26 between January 8 and February 3, 2015, should be excluded from the Speedy Trial Clock on the
27 following statutory grounds: (1) 18 U.S.C. § 3161(h)(7)(A) (ends of justice served outweigh the best
28 interest of the public and the defendant in a speedy trial), and (2) 18 U.S.C. § 3161(h)(7)(B)(iv) (failure

1  to grant the requested continuance would deny the defendant reasonable time necessary for effective
2  preparation).
3  DATED:        1/8/15

_____
HOWARD R. LLOYD
United States Magistrate Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION
U.S. V. CHANTALE PETIT-FRERE, CR 14-00523 BLF

3